# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOHN MCCLAIN, individually and on l )
                                     )   Case No: <u>3:14-cv-1282</u>
            Plaintiff(s),   )
                                     )   **APPLICATION FOR**
     v.                          )   **ADMISSION OF ATTORNEY**
ANCHORFREE, INC., a Delaware corp  )   **PRO HAC VICE**
                                     )   (CIVIL LOCAL RULE 11-3)
            Defendant(s).  )

I, <u>Tonia Ouellette Klausner</u>, an active member in good standing of the bar of <u>New York</u>, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: <u>AnchorFree, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Dale R. Bish</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th Fl., New York, NY 10019 | Wilson Sonsini Goodrich & Rosati, PC 650 Page Mill Road, Palo Alto, CA 94304-1050 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 497-7706 | (650) 493-9300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tklausner@wsgr.com | dbish@wsgr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>2597110</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:   04/11/14                               Tonia Ouellette Klausner
                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Tonia Ouellette Klausner</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

# SUPREME COURT OF
## THE STATE OF NEW YORK
## APPELLATE DIVISION, FOURTH DEPARTMENT
## ROCHESTER, NEW YORK

*I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that*

## *Tonia Marie Ouellette Klausner*

*was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **February 24, 1994**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.*



*__IN WITNESS WHEREOF__, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, April 3, 2014.*

_____
*Deputy Clerk of the Court*