Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
Chandler R. Givens*
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*

Tonia Ouellette Klausner*
WILSON SONSINI GOODRICH ROSATI
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Tel: 212.497.7706
tklausner@wsgr.com
*Admitted *Pro Hac Vice*

*Attorney for Defendant AnchorFree, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MCCLAIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ANCHORFREE, INC., a Deleware Corporation,<br><br>*Defendant*. | Case No. 3:14-cv-1282-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING CASE MANAGEMENT STATEMENT DUE DATE**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: March 19, 2014 |

1  WHEREAS, Plaintiff John McClain ("Plaintiff") filed his Complaint in this action against
2  Defendant AnchorFree, Inc. ("Defendant") (together with Plaintiff, the "Parties") on March 19,
3  2014;
4  WHEREAS, by agreement of the Parties, Defendant's deadline to answer or otherwise
5  respond to the Complaint is May 14, 2014;
6  WHEREAS, the initial Order Setting Initial Case Management Conference and Deadlines
7  contemplated that the Parties' Rule 26(f) report and Case Management Statement would be due on
8  July 9, 2014, (Dkt. 5);
9  WHEREAS, following the transfer of this case to Hon. Beth Labson Freeman and pursuant
10 to the Order Reassigning Case and Order to File Joint Case Management Statement, (Dkt. 17), the
11 Parties are to submit a Joint Case Management Statement by May 1, 2014;
12 WHEREAS, the Parties are presently scheduled to appear for a Case Management
13 Conference on May 21, 2014;
14 WHEREAS, the Parties agree that given the posture of the case, it would be most efficient
15 and convenient to continue the deadline to file their Joint Case Management Statement by two
16 weeks—i.e., until May 15, 2014—so as to allow the Parties to fully discuss the claims and
17 defenses relevant to this matter; and
18 WHEREAS, the requested extension will not alter the Parties' scheduled Case
19 Management Conference or any other deadlines in this matter.
20 THEREFORE, the Parties hereby stipulate as follows:
21 **STIPULATION**
22 1. The Parties, by and through their undersigned counsel, hereby stipulate and
23 respectfully request a continuance of the Joint Case Management Statement deadline until May 15,
24 2014.
25 2. The reason for the requested change of time is that the present deadline for the Joint
26 Case Management Statement falls over two months earlier than the previous deadline entered in
27 this case, and before Defendant is required to answer or otherwise respond to the Complaint. As
28

1  such, the requested continuance will give the Parties time to fully discuss the claims and defenses
2  relevant to this matter.
3       3.      One other time modification in this matter was made by agreement between the
4  Parites, where Defendant requested and Plaintiff agreed to a 30-day extension to answer or
5  otherwise respond to the Complaint (i.e., such that an answer or response is due on May 14, 2014).
6       4.      The effect of this requested time modification would be to move the deadlines for
7  the submission of a Joint Case Management Statement, but would not otherwise affect the
8  schedule for the case.
9       5.      The Parties agree to the stipulation as indicated by their signatures below.  The
10 Parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and
11 enter an Order thereupon.
12      **IT IS SO STIPULATED.**

**JOHN MCCLAIN**, individually and on behalf of all others similarly situated,

Dated: April 28, 2014

By: /s/ Benjamin S. Thomassen
One of Plaintiff's Attorneys

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Chandler R. Givens
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

|   |   |
|---|---|
| 1 | |
| 2 | Dated: April 28, 2014 |
| 3 | |

**ANCHORFREE, INC.**,

By: /s/ Tonia Ouellette Klausner
One of Defendant's Attorneys

Tonia Ouellette Klausner
WILSON SONSINI GOODRICH ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212.497.7706
tklausner@wsgr.com

*Attorney for Defendant AnchorFree, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 30, 2014

_____
Honorable Beth Labson Freeman
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: April 28, 2014      By:     /s/ Benjamin S. Thomassen
                                                      Benjamin S. Thomassen