# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McClain,<br><br>            Plaintiff(s),<br><br>    v.<br><br>AnchorFree, Inc.,<br><br>            Defendant(s). | 14-01282 PSG<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
14-01282 PSG                                            -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 1, 2014

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
14-01282 PSG                                             -2-

## PROOF OF SERVICE

Case Name: McClain v. AnchorFree, Inc.

Case Number:      14-01282 PSG

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On May 1, 2014, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Mark Stephen Eisen
>Edelson PC
>555 West Fifth Street
>31st Floor
>Los Angeles, CA 90013
>meisen@edelson.com
>
>Rafey S. Balabanian
>Edelson PC
>350 North LaSalle Street, Suite 1300
>Chicago, IL 60654
>rbalabanian@edelson.com
>
>Benjamin Scott Thomassen
>Edelson P.C.
>350 N. Lasalle St.
>Suite 1300
>Chicago, IL 60654
>bthomassen@edelson.com
>
>Chandler Randolph Givens
>Edelson McGuire, LLC
>350 North LaSalle Street, Suite 1300

Chicago, IL 60654
cgivens@edelson.com

Jay Edelson
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
jedelson@edelson.com

Tonia Ouellette Klausner
Wilson Sonsini Goodrich  Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
tklausner@wsgr.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 1, 2014 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:   Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Program Administrator
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov