| | |
|---|---|
| 1 | Mark Eisen (SBN - 289009) |
| 2 | meisen@edelson.com<br>EDELSON PC |
| 3 | 555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013 |
| 4 | Tel: 213.533.4100<br>Fax: 213.947.4251 |
| 5 | Jay Edelson* |
| 6 | Rafey S. Balabanian*<br>Benjamin S. Thomassen* |
| 7 | Chandler R. Givens*<br>EDELSON PC |
| 8 | 350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654 |
| 9 | Tel: 312.589.6370<br>Fax: 312.589.6378 |
| 10 | *Attorneys for Plaintiff and the Putative Class* |
| 11 | Tonia Ouellette Klausner* |
| 12 | WILSON SONSINI GOODRICH ROSATI<br>1301 Avenue of the Americas |
| 13 | 40th Floor<br>New York, New York 10019 |
| 14 | Tel: 212.497.7706<br>tklausner@wsgr.com |
| 15 | *Attorneys for Defendant AnchorFree, Inc.* |
| 16 | *Admitted *Pro Hac Vice* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MCCLAIN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>        v.<br><br>ANCHORFREE, INC., a Deleware Corporation,<br><br>        *Defendant*. | Case No. 3:14-cv-1282-BLF<br><br>**STIPULATION EXTENDING DEFENDANT ANCHORFREE, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: March 19, 2014 |

1  WHEREAS, Plaintiff John McClain ("Plaintiff") filed his Complaint in this action against Defendant AnchorFree, Inc. ("Defendant") (together with Plaintiff, the "Parties") on March 19, 2014;

WHEREAS, by agreement of the Parties, Defendant's deadline to respond to the Complaint was previously extended to May 14, 2014;

WHEREAS, a further one-week extension of Defendant's deadline to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, the Parties hereby stipulate as follows:

**STIPULATION**

1. The Parties, by and through their undersigned counsel, hereby stipulate that Defendant's deadline to respond to the Complaint shall be extended to May 21, 2014.

**IT IS SO STIPULATED.**

JOHN MCCLAIN, individually and on behalf of all others similarly situated,

Dated: May 13, 2014

By: /s/ Rafey S. Balabanian
    Rafey S. Balabanian

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Chandler R. Givens
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

| | |
|---|---|
| 1 | **ANCHORFREE, INC.**, |
| 2  Dated: May 13, 2014 | By: /s/ Tonia Ouellette Klausner |
| 3 | Tonia Ouellette Klausner |
| 4 | WILSON SONSINI GOODRICH ROSATI<br>1301 Avenue of the Americas |
| 5 | 40th Floor<br>New York, NY 10019 |
| 6 | 212.497.7706<br>tklausner@wsgr.com |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Tonia Ouellette Klausner, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: May 13, 2014                           By:    /s/ Tonia Ouellette Klausner
                                                     Tonia Ouellette Klausner