1  Mark Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Jay Edelson*
   Rafey S. Balabanian*
6  Benjamin S. Thomassen*
   Chandler R. Givens*
7  EDELSON PC
   350 North LaSalle Street, Suite 1300
8  Chicago, Illinois 60654
   Tel: 312.589.6370
9  Fax: 312.589.6378

10 *Attorneys for Plaintiff and the Putative Class*

11 Tonia Ouellette Klausner*
   WILSON SONSINI GOODRICH ROSATI
12 1301 Avenue of the Americas
   40th Floor
13 New York, New York 10019
   Tel: 212.497.7706
14 tklausner@wsgr.com

15 *Attorney for Defendant AnchorFree, Inc.*

16 *Admitted Pro Hac Vice*

17        **IN THE UNITED STATES DISTRICT COURT**

18        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN JOSE DIVISION**

| | |
|---|---|
| JOHN MCCLAIN, individually and on behalf of all others similarly situated, | CASE NO.: 3:14-cv-1282-BLF |
| | **STIPULATION AND ORDER REGARDING ADR PROCESS** |
| v. | Judge: Hon. Beth Labson Freeman |
| | Action Filed: March 19, 2014 |
| ANCHORFREE, INC., a Deleware Corporation, | |

WHEREAS, Plaintiff John McClain ("Plaintiff") filed his Complaint in this action against Defendant AnchorFree, Inc. ("Defendant") (together with Plaintiff, the "Parties") on March 19, 2014;

WHEREAS, by agreement of the Parties, Defendant's deadline to answer or otherwise respond to the Complaint is May 21, 2014;

WHEREAS, Defendant intends to file a Motion to Compel Arbitration on May 21, 2014; and

WHEREAS, the Parties have met and conferred regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 and agree that selecting and/or participating in an ADR process is premature until Defendant's Motion to Compel Arbitration is resolved.

THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The Parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the requirements of Civil L.R. 16-8 and ADR L.R. 3-5 regarding the selection of an ADR process be stayed until thirty (30) days following the resolution of Defendant's Motion to Compel Arbitration.

**IT IS SO STIPULATED.**

**JOHN MCCLAIN**, individually and on behalf of all others similarly situated,

Dated: May 15, 2014    By:  */s/ Rafey s. Balabanian*
    Rafey S. Balabanian

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street
31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4100
Facsimile: (213) 947-4251

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com

|   |   |   |
|---|---|---|
| 1 |  | Benjamin S. Thomassen |
| 2 |  | bthomassen@edelson.com |
|   |  | Chandler R. Givens |
| 3 |  | cgivens@edelson.com |
|   |  | EDELSON PC |
| 4 |  | 350 North LaSalle Street |
|   |  | Suite 1300 |
| 5 |  | Chicago, Illinois 60654 |
|   |  | Telephone: (312) 589-6370 |
| 6 |  | Facsimile: (312) 589-6378 |

Dated: May 15, 2014 **ANCHORFREE, INC.**

By: */s/ Tonia Ouellette Klausner*
    Tonia Ouellette Klausner

WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Telephone: (212) 497-7706
Facsimile: (212) 999-5899
tklausner@wsgr.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 16, 2014

    Honorable Beth Labson Freeman
    United States District Judge

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1** |
| 2 | I, Tonia Ouellette Klausner, am the ECF User whose identification and password are |
| 3 | being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all |
| 4 | signatories have concurred in this filing. |
| 5 | Dated: May 15, 2014 By: */s/ Tonia Ouellette Klausner* |
| 6 | Tonia Ouellette Klausner |